PER CURIAM.
Affirmed. Church of the Lukumi Babalu Aye, Inc. v. City of Hialeah, 723 F.Supp. 1467 (S.D.Fla.1989), affirmed, 936 F.2d 586 (11th Cir.1991), cert. granted by — U.S. —, 112 S.Ct. 1472, 117 L.Ed.2d 616 (1992); Town v. State ex rel. Reno, 377 So.2d 648 (Fla.1979), cert. denied, 449 U.S. 803, 101 S.Ct. 48, 66 L.Ed.2d 7, reh’g. denied, 449 U.S. 1004, 101 S.Ct. 546, 66 L.Ed.2d 302 (1980); Department of Legal Affairs v. Jackson, 576 So.2d 864 (Fla.3d DCA 1991),
DOWNEY, STONE and GARRETT, JJ., concur.